IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON R. STEWART,
ADC #162429                                                                                  PLAINTIFF

V.                          CASE NO. 5:18-CV-130-BRW-BD

MICHAEL D. BOLEN, *et al*.                                                               DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (Doc. No. 17) is GRANTED. Mr. Stewart's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 12th day of December, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE