IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON R. STEWART,
ADC #162429                                                                PLAINTIFF

V.                      CASE NO. 5:18-CV-130-BRW-BD

MICHAEL D. BOLEN, *et al.*                                        DEFENDANTS

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 12th day of December, 2018.

                                                   /s/ Billy Roy Wilson _____
                                                   UNITED STATES DISTRICT JUDGE